# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

IN RE:

JOSE CASTILLO

                              Debtor(s)

CASE NO.  17-40622-JMM

CHAPTER 13

## ORDER OF DISMISSAL

Kathleen A. McCallister, the standing Chapter 13 Trustee for the District of Idaho, having filed her Motion to Dismiss and having received no objection, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that the Trustee's Motion filed April 23, 2018, Docket No. 37, is granted and this case is hereby dismissed. //end of text//



DATED:  May 21, 2018

_____
JOSEPH M. MEIER
U. S. BANKRUPTCY JUDGE

**Submitted by:**

  /s/  Kathleen McCallister
**Kathleen McCallister, Trustee**

**ORDER OF DISMISSAL - 1**